# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

ORIGINAL

INMER E. CAMPOS-CARRANZA )
)
*Plaintiff* )
)
v. ) Civil Action No. 4:12cv94
FEDERAL HOME LOAN MORTGAGE )
CORPORATION (d/b/a Freddie Mac), et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HELMAND INVESTMENT, LLC
Serve: Sharif Shafik, Registered Agent
511 N. Lombardy Street
Arlington, VA 22203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SUSAN M. ROTKIS, ESQ.
CONSUMER LITIGATION ASSOCIATES, PC
763 J. CLYDE MORRIS BLVD., SUITE 1-A
NEWPORT NEWS, VA 23601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/15/2012

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:12cv94

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ATTEMPT TO SERVE

**COMMONWEALTH OF VIRGINIA**　　　　　　　SERVICE OTHER THAN BY VIRGINIA SHERIFF

In the: **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA**　　STATE/COMMONWEALTH OF: VA

| | | |
|---|---|---|
| **INMER E CAMPOS- CARRANZA** In re/V. | CASE NO: | **4:12CV94** |
| **FEDERAL HOME LOAN MORTGAGE CORPORATION (D/B/A FREDDIE MAC), ET AL** | | |

**SHARIF SHAFIK, REGISTERED AGENT**

***HELMAND INVESTMENT, LLC***
**511 N LOMBARDY ST, ARLINGTON, VA 22203**

is the name and address of the person upon whom service of the following is to be made.

Document Served: SUMMONS IN A CIVIL ACTION
COMPLAINT



FILED
JUL 16 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of Attempt: 6/26/12 @ 12:50 AM / **PM**

Place of service if DIFFERENT than above: _____

**NOT FOUND - unable to serve due to:** ADDRESS GIVEN IS A RESIDENCE. SPOKE WITH A HISPANIC FEMALE WHO STATED THAT THE OSHCA FAMILY RESIDES HERE. SUBJECT IS NOT KNOWN.

Dated: 7-5-12

Name of Server (Print or Type): JANISE GARCIA

Signature of Server

State / Commonwealth of: VIRGINIA
City / County of: FAIRFAX
Date: 7-5-12
My commission expires: 12-31-2012

Subscribed and sworn to/affirmed before me this day by: JANISE GARCIA

Signature of Notary Public

[Notary seal: MARTHA L. LAZO RU..., COMMONWEALTH OF VIRGINIA, REG. NO. 7205400, EXPIRES 12-31-2012, NOTARY PUBLIC]

320522 - 1

HESTER SERVICES, INC., 4 NORMAN DRIVE, POQUOSON, VA 23662-1306, PHONE...