IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

INMER E. CAMPOS-CARRANZA,

        Plaintiff,

v.                                           Case No. 4:12cv94

GMAC MORTGAGE, et al.

        Defendants.

## DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Defendant Federal Home Loan Mortgage Corporation ("FHLMC") hereby gives notice that it is a publicly traded United States corporation chartered by an Act of Congress, organized and existing under the Federal Home Loan Mortgage Corporation Act, 12 U.S.C. § 1451, *et seq*. FHLMC is operating under a conservatorship that began on September 6, 2008, conducting its business under the direction of the Federal Housing Financing Agency. No public company has an ownership interest of 10% or more in FHLMC. No public company has an ownership interest of 10% or more in the Federal Housing Finance Agency.

                                            FEDERAL HOME LOAN MORTGAGE CORPORATION

                                            By Counsel,

___/s/ Robert R. Musick_____
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
bmusick@t-mlaw.com

CERTIFICATE OF SERVICE

I certify that on this 16th day of July, 2012, I filed the foregoing Financial Disclosure Statement using the Court's CM/ECF system, which will serve a copy on all parties entitled to receipt thereof.

I further certify that a true and accurate copy of the foregoing was mailed, postage prepaid on this 16th day of July, 2012, to the following:

>Helmand Investment, LLC
>c/o Registered Agent, Sharif Shafik
>511 N. Lombardy Street
>Arlington, Virginia 22203

\_\_\_/s/ Robert R. Musick_____
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
bmusick@t-mlaw.com