IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

INMER E. CAMPOS-CARRANZA,

        Plaintiff,

v.                                            Case No. 4:12cv94

GMAC MORTGAGE, et al.

        Defendants.

## MOTION TO DISMISS

Federal Home Loan Mortgage Corporation, by counsel, moves this Court to dismiss the Complaint filed against it for failing to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. A memorandum in support of this motion is filed contemporaneously herewith.

WHEREFORE, Federal Home Loan Mortgage Corporation asks this Court to dismiss the Complaint with prejudice and award it such relief as the Court deems appropriate.

                                                                  FEDERAL HOME LOAN MORTGAGE
                                                                  CORPORATION

                                                                  By Counsel,

    /s/ Robert R. Musick
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
bmusick@t-mlaw.com

CERTIFICATE OF SERVICE

I certify that on this 16th day of July, 2012, I filed the foregoing Motion to Dismiss using the Court's CM/ECF system, which will serve a copy on all parties entitled to receipt thereof.

I further certify that a true and accurate copy of the foregoing was mailed, postage prepaid on this 16th day of July, 2012, to the following:

>Helmand Investment, LLC
>c/o Registered Agent, Sharif Shafik
>511 N. Lombardy Street
>Arlington, Virginia 22203


___/s/ Robert R. Musick_____
Robert R. Musick, VSB No. 48601
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
804.649.7545
804.780.1813 Fax
bmusick@t-mlaw.com