

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| ERIC S. MOORE, SR., *et al.*,<br>　　Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil No. 4:11cv122 (AWA) |
| SHAPIRO & BURSON, LLP,<br>　　Defendant. | ) ) ) ) | |
| SANDRA WATERS-LEVY,<br>　　Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil No. 4:12cv45 (AWA) |
| LAW OFFICES OF SHAPIRO &<br>BURSON, LLP,<br>　　Defendant. | ) ) ) ) ) | |
| VALENTYNA GUDYM,<br>　　Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil No. 4:12cv85 (AWA) |
| LAW OFFICES OF SHAPIRO, BROWN<br>& ALT, LLP, *et al.*,<br>　　Defendants. | ) ) ) ) | |
| SHELAGH PAYNE,<br>　　Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil No. 4:12cv87 (AWA) |
| LAW OFFICES OF SHAPIRO, BROWN<br>& ALT, LLP, *et al.*,<br>　　Defendants. | ) ) ) ) ) | |

```
INMER E. CAMPOS-CARRANZA,        )
        Plaintiff,                )
                                  )
        v.                        )       Civil No. 4:12cv94 (AWA)
                                  )
FEDERAL HOME LOAN MORTGAGE        )
CORPORATION, et al.,              )
        Defendants.               )
_____ )
                                  )
GLENN T. MACNAUGHTON,             )
        Plaintiff,                )
                                  )
        v.                        )       Civil No. 4:12cv95 (AWA)
                                  )
LAW OFFICES OF SHAPIRO, BROWN &   )
ALT, LLP, et al.,                 )
        Defendants.               )
_____ )
                                  )
CHRISTIAN ANDRADE, et al.,        )
        Plaintiffs,               )
                                  )
        v.                        )       Civil No. 2:11cv523 (AWA)
                                  )
SHAPIRO & BURSON, LLP, et al.,    )
        Defendants.               )
_____ )
                                  )
GEORGE BOYD, et al.,              )
        Plaintiffs,               )
                                  )
        v.                        )       Civil No. 2:13cv273 (AWA)
                                  )
LAW OFFICES OF SHAPIRO, BROWN     )
& ALT, LLP, et al.,               )
        Defendants.               )
_____ )
                                  )
NATKAI AKBAR,                     )
        Plaintiff,                )
                                  )
        v.                        )       Civil No. 4:12cv53 (AWA)
                                  )
LAW OFFICES OF SHAPIRO &          )
BURSON, LLP,                      )
        Defendant.                )
_____ )
```

## OMNIBUS ORDER

The nine above-styled cases have been pending before this Court. For the purposes of pre-trial management and settlement, the Court has consolidated seven of those cases — *Waters-Levy, Gudym, Payne, Campus-Carranza, MacNaughton, Andrade* and *Boyd* — into *Moore*. *Akbar* has not yet been consolidated, but remains related to the others. Additionally, these nine cases are related to *DeCapri v. Law Office of Shapiro Brown & Alt, LLP*, 3:14cv201 (HEH), which is currently pending in the Richmond Division of this Court. The factual backgrounds, legal claims and counsel significantly overlap in these cases.

After consulting with the Honorable Henry E. Hudson, United States District Court Judge, the undersigned believes that the interests of justice compel that the nine above-styled cases currently pending in the Norfolk and Newport News Divisions of this Court be transferred to the Richmond Division with the relator *DeCapri* case. Further, this Court accepts oral notice that the parties in each of the above-styled cases have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1). Accordingly, the Court hereby **REASSIGNS** the nine above-styled cases to the Honorable David J. Novak, United States Magistrate Judge, in the Richmond Division for all purposes. The parties are **DIRECTED** to contact Magistrate Judge Novak for purposes of scheduling an initial pre-trial conference in these cases.

The Clerk is **DIRECTED** to file this Order electronically and send a copy of this Order to Judge Hudson, Judge Novak and to all counsel of record.

It is so ORDERED.

_____
Arenda L. Wright Allen
United States District Judge

Norfolk, Virginia
Date: Dec 15, 2014